IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KANGI E. CREWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN CREDIT ACCEPTANCE et al | : | No. 16-6582 |

O R D E R

AND NOW, this 26th day of July, 2018, it is hereby ORDERED that this case be removed from Civil Suspense.

BY THE COURT:

/s/ Robert F. Kelly
Robert F. Kelly, Sr. J.