IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KANGI E. CREWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN CREDIT ACCEPTANCE et al | : | NO. 16-6582 |

O R D E R

**AND NOW, TO WIT:** this 2th day of January, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman**, Clerk of Court

**BY:** /s/ Mark A. Rafferty
Mark A. Rafferty
Deputy Clerk

E-mailed/faxed to:
William C. Bensley, Esq.
George W. Vokolos, Esq.

Civ 2 (7/83)
41.1(b)